UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS ANNUITY         07 CV 4820 (PKC)
FUND, NEW YORK CITY DISTRICT COUNCIL OF        ECF CASE
CARPENTERS APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY           **AFFIDAVIT OF**
FUND, NEW YORK CITY DISTRICT COUNCIL OF        **SERVICES**
CARPENTERS CHARITY FUND, and THE NEW
YORK CITY AND VICINITY CARPENTERS
LABOR MANAGEMENT COOPERATION FUND,
by MICHAEL J. FORDE and PAUL O'BRIEN,
as TRUSTEES,

                                                Plaintiffs,

          -against-

EASTERN STORE FRONT CO., INC.,

                                               Defendant.
------------------------------------------------------------------------X
STATE OF NEW YORK      )
                                :SS.:
COUNTY OF NEW YORK  )

      ANDREW GRABOIS, being duly sworn, deposes and says:

      1. I am a member of the Bar of this Court and am associated with the firm of O'Dwyer & Bernstien, LLP, attorneys for plaintiffs herein and submit this affidavit in support of the instant application for default judgment and order.

      2. On June 6, 2007, Zach Harkin, a legal intern in this office, drafted and revised a complaint, cover sheet and other required documents and filed them with the Clerk of the Court. He spent 1.5 hours on this matter at a billing rate of $115.00 per hour for a total of $172.50 in attorneys' fees.

3. On June 6, 2007, your deponent reviewed and finalized the aforementioned documents. I spent 0.5 hours at a billing rate of $320.00 per hour for a total of $160.00 in attorneys' fees.

4. On June 6, 2007, Ian Henderson, a paralegal in this office, prepared and filed the aforementioned documents on the Electronic Case Filing system. He spent 0.5 hours on this matter at a billing rate of $115.00 per hour for a total of $57.50 in attorneys' fees.

5. On June 7, 2007, Mr. Harkin prepared and mailed the aforementioned documents for service of process. He spent 0.5 hours on this matter at a billing rate of $115.00 per hour for a total of $57.50 in attorneys' fees.

6. On June 18, 2007, Mr. Henderson prepared and filed the affidavit of service with the Court and on the ECF system. He spent 0.5 hours on this matter at a billing rate of $115.00 per hour for a total of $57.50 in attorneys' fees.

7. On August 7, 2007, your deponent drafted and edited the motion to confirm the arbitration award and other required default documents. I spent 2.0 hours on this matter at a billing rate of $320.00 per hour for a total in $640.00 in attorneys' fees

8. On August 7, 2007, Mr. Varghese revised the required default documents, including a proposed default judgment and order and affidavit of services rendered and prepared them for filing. He spent a total of 4.0 hours on this matter at a billing rate of $115.00 per hour for a total of $460.00 in attorneys' fees.

9. On August 7, 2007, your deponent reviewed and finalized the aforementioned documents. I spent 0.5 hours on this matter at a billing rate of $320.00 per hour for a total of $160.00 in attorneys' fees.

10. The cost of the process server to effectuate service of process was $60.00.

WHEREFORE, deponent respectfully requests allowance of attorneys' fees in the sum of $1,765.00 and costs arising out of this action in the amount of $60.00 for a total of $1,825.00.

_____
ANDREW GRABOIS (AG 3192)

Sworn to before me this
7th day of August, 2007

_____
NOTARY PUBLIC

JASON FUIMAN
Notary Public, State of New York
No. 02FU6104740
Qualified in New York County
Commission Expires January 26, 2028

3