UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS PENSION FUND, NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS WELFARE FUND, NEW YORK
CITY DISTRICT COUNCIL OF CARPENTERS
VACATION FUND, NEW YORK CITY                          07 CV 4820 (PKC)
DISTRICT COUNCIL OF CARPENTERS                        ECF CASE
ANNUITY FUND, NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS APPRENTICESHIP,                 **JUDGMENT**
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS CHARITY
FUND, and THE NEW YORK CITY AND VICINITY
CARPENTERS LABOR MANAGEMENT
COOPERATION FUND, by MICHAEL J. FORDE
and PAUL O'BRIEN, as TRUSTEES,

                                        Plaintiffs,

              -against-

EASTERN STORE FRONT CO., INC.,

                                        Defendant.
-------------------------------------------------------------------------X

       This action having been commenced on June 6, 2007 by the filing of a Summons and

Complaint, and a copy of the Summons and Complaint having been served on the defendant Eastern

Store Front Co., Inc. on June 14, 2007 by delivering two (2) true copies of the same to the Secretary of

the State of New York, pursuant to Section 306(b) of New York Business Corporation Law, and a

proof of service having been filed on June 18, 2007 and the defendant not having answered the

Complaint, and the time for answering the Complaint having expired, and the Clerk of the Court

having issued its certificate of default on August 6, 2007, it is

2

ORDERED, ADJUDGED AND DECREED: That the Plaintiffs have judgment against

Defendant, pursuant to the arbitration award, in the liquidated amount of $2,400.00, representing costs

and fees arising out of the arbitration, in addition to attorneys' fees and costs arising out of this action

in the amount of $1,825.00 for a total of $4,225.00 and that Eastern Store Front Co., Inc. and its

officers are ordered to produce any and all books and records relating to Eastern Store Front Co., Inc.

for the period of April 1, 2004 through April 14, 2007.


Dated: _____
       New York, New York


                                        _____
                                        Honorable P. Kevin Castel
                                        United States District Judge

                                        This document was entered on the docket
                                        on _____.