USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS PENSION FUND, NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS WELFARE FUND, NEW YORK
CITY DISTRICT COUNCIL OF CARPENTERS
VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
ANNUITY FUND, NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS CHARITY
FUND, and THE NEW YORK CITY AND VICINITY
CARPENTERS LABOR MANAGEMENT
COOPERATION FUND, by MICHAEL J. FORDE
and PAUL O'BRIEN, as TRUSTEES,

07 CV 4820 (PKC)
ECF CASE

**JUDGMENT**

                         Plaintiffs,

-against-

EASTERN STORE FRONT CO., INC.,

                         Defendant.
------------------------------------------------------------------X

This action having been commenced on June 6, 2007 by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant Eastern Store Front Co., Inc. on June 14, 2007 by delivering two (2) true copies of the same to the Secretary of the State of New York, pursuant to Section 306(b) of New York Business Corporation Law, and a proof of service having been filed on June 18, 2007 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, and the Clerk of the Court having issued its certificate of default on August 6, 2007, [AND THE COURT HAVING ADJUDICATED THE PETITION ON THE MERITS] it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiffs have judgment against Defendant, pursuant to the arbitration award, in the liquidated amount of $2,400.00, representing costs and fees arising out of the arbitration, in addition to attorneys' fees and costs arising out of this action in the amount of $1,825.00 for a total of $4,225.00 and that Eastern Store Front Co., Inc. and its officers are ordered to produce any and all books and records relating to Eastern Store Front Co., Inc. for the period of April 1, 2004 through April 14, 2007.

Dated: 10-29-07
New York, New York

_____
Honorable P. Kevin Castel
United States District Judge

This document was entered on the docket on _____.

2